JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
CHRISTIAN S. NAFZGER, IDAHO STATE BAR NO. 6286
ASSISTANT UNITED STATES ATTORNEY
KELSEY A. MANWEILER, IDAHO STATE BAR NO. 10604
SPECIAL ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ZACHARIAH JOEL VITALE,<br><br>Defendant. | Case No.<br><br>**AMENDED INDICTMENT**<br><br>21 U.S.C. §§ 841(a)(1), (b)(1)(B); 853 |

The Grand Jury charges:

### COUNT ONE

**Possession with Intent to Distribute Methamphetamine and Fentanyl**
**21 U.S.C. § 841(a)(1), (b)(1)(B)**

On or about August 20, 2022, in the District of Idaho, the Defendant, ZACHARIAH JOEL VITALE, did knowingly and intentionally possess with the intent to distribute at least fifty grams or more of a mixture and substance containing a detectable amount of methamphetamine and at least forty grams or more of fentanyl, Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

**AMENDED INDICTMENT - 1**

# CRIMINAL FORFEITURE ALLEGATION

## Drug Forfeiture
## 21 U.S.C. § 853

Upon conviction of the offense alleged in this Indictment, the Defendant, ZACHARIAH JOEL VITALE, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property, real and personal, tangible and intangible, consisting of or derived from any proceeds the defendant obtained directly or indirectly as a result of the foregoing drug offenses; and any and all property, real and personal, tangible and intangible, used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the foregoing offenses. The property to be forfeited includes, but is not limited to, the following:

1. <u>Unrecovered Cash Proceeds and/or Facilitating Property</u>. The defendant obtained and controlled unrecovered proceeds of the offense of conviction, or property derived from or traceable to such proceeds, and property the defendant used to facilitate the offense, but based upon actions of the defendant, the property was transferred, diminished, comingled, or is otherwise unavailable.

2. <u>Substitute Assets</u>. Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the defendant" up to the value of the defendant's assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

   a. Cannot be located upon the exercise of due diligence;

   b. Has been transferred or sold to, or deposited with, a third person;

   c. Has been placed beyond the jurisdiction of the court;

   d. Has been substantially diminished in value; or

e. Has been commingled with other property which cannot be subdivided without difficulty.

All pursuant to Title 21, United States Code, Section 853.

Dated this 11th day of July, 2023.

A TRUE BILL

*/s/ [signature on reverse]*
_____
FOREPERSON

JOSHUA D. HURWIT
UNITED STATES ATTORNEY
By:

CHRISTIAN S. NAFZGER
ASSISTANT UNITED STATES ATTORNEY

**AMENDED INDICTMENT - 3**